UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-297 (TJK) |
| | ) | |
| Joshua Knowles, *defendant*. | ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, with no opposition from the United States, moves the Court to continue the status hearing from January 11, 2024 at 2:30 p.m. to a date approximately at least one (1) week hence, or to the earliest date convenient to the Court and the parties, and to waive the intervening time under the Speedy Trial Act, for the following reason:

The defendant advises counsel that a member of his family suffers from serious medical problems. These problems have persisted over the past two years.  The family member has a doctor's appointment scheduled for the time set for the status hearing in this case.  It is the defendant's desire to accompany the member to the appointment.  Counsel presumes that it will be helpful to the family member to have the defendant present at the appointment.

The defendant submits that a brief continuance in the circumstances will serve and not disserve the interests of justice, of the defendant's right to and the public's interest in a speedy trial.  Therefore, the defendant waives the time between January 11, 2024, and the next court date under the Speedy Trial Act. (Available dates for counsel and defendant appear in a footnote below.)

The government does **not** oppose this request.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.[1]

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Ashley Akers, Esq., U.S. Dept. of Justice (CIV), 1100 L Street, N.W., Washington, D.C. 20530, attorney of record for the government in the instant case, this 8th day of January 2024.

/s/
_____
*Nathan I. Silver, II*

---

[1] Counsel is **not** available January 19 from 10-11 a.m. and from 2-3:30 p.m.; January 23 from 2:30-4:15 p.m.; Jan. 25 26, 29 and 30 (all day); Jan. 31 from 9-11:30 a.m.; Feb. 2 from 3-5 p.m., and Feb. 6, from 2:30-4:15 p.m., and Feb. 14 from 9:30-11:15 a.m.  Please note that for the defendant, who lives in the Pacific time zone, the best times tend to be after 10:30 a.m. Eastern standard time.  Please note, too, the government advises it is "generally available" the week of January 15-19, 2024.