

----- Forwarded Message -----
**From:** Tracy Sevey <>
**To:** NI Silver <nisquire@aol.com>
**Sent:** Thursday, July 18, 2024 at 08:41:56 PM EDT
**Subject:** Re: Copy of Final Presentence Report and Govt.'s sentencing memorandum

Honorable Timothy J. Kelly,

My name is Tracy Sevey and I am the mother of Joshua David Knowles. Upon reading the **PRESENTENCE INVESTIGATION REPORT** and the **GOVERNMENT'S SENTENCING MEMORANDUM**, I feel the urgent need to express my concern and opinion for your consideration for the sentencing of our son Joshua.

Growing up Josh like many other young men made some bad choices in life. Through every circumstance he has taken responsibility and complied with whatever the outcome was. Josh began working in Jr High at the cafeteria on campus and has never been unemployed since. He is a successful entrepreneur and self employed since 2011. He owns a pool service and repair company here in Arizona.

He is also a single dad with 2 children, one of whom has mental, physical and emotional needs that he attends to every time the children are with him. His daughter, our granddaughter Kennedi is 10 yrs old and has been struggling to obtain the correct medical, therapeutic and emotional care for her needs. Her mother at every turn has cancelled appts, diverted appts, found new therapists every few months in attempts to not expose her own part in why Kennedi is ill most of the time. Josh has been the parent who takes her to the hospital. Asks for testing, ask for referrals to specialists, stays home with Kennedi when she misses school which is way to often. She has had allergy Tess, GI Doctor appts, counseling and therapies. The reason I bring this to your attention is that Josh can not (Kennedi actually) afford to be separated from caring for his daughter. He is the only stable adult in her life that she is with most of time. These issues with Kennedi have been ongoing for over 3 years. Josh divorce case has been ongoing for 2 years and will not be over until 2/25.

I ask you to consider not sentencing Joshua to any time incarcerated. Josh has been completely compliant since January 6th. He has not had any incidents with the law. He has only done what's been asked and his focus is on his children. I would also like to ask that he not receive probation. He is prepared to pay some sort of fine if ordered. This would be one more thing to put upon him and take away from the care his daughter needs. Another stress per say. Josh has been under the watchful eye of the government for 3.5 years and I feel it is enough. I have watched our grand children suffer and experience so much the past few years with their parents divorce and the never ending battle from his J6 case.

I do realize this is alot to ask of you and I appreciate you reading my letter.

With Regards,

**Tracy Sevey**
**(Mother of Joshua Knowles)**

Send     Attach     Add GIF     Add stationery